United States Bankruptcy Court
District of Nevada

In re:                                                                  Case No. 19-14597-mkn
PARNELL COLVIN, III                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2        User: admin              Page 1 of 1           Date Rcvd: Sep 13, 2019
                            Form ID: adindsm         Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db             +PARNELL COLVIN, III,    6681 TARA AVE.,    LAS VEGAS, NV 89146-5104
10864627       +AHP Reality LLC,    6292 w. Spring Mountain Rd #105,    Las Vegas, NV 89146-8884
10864628       +Cox Headquarters,    6205 Peachtree Dunwoody Rd,    Atlanta,GA 30328-4524
10864630        Dishnet work,    9601 500th Meridian Blvd,    Englewood,CO 80112
10864625       +Las Vegas Valley WATER DISTRICT,    1001 S. Valley View Blvd,    Las Vegas,NV 89107-4447
10864626       +Southwest Gas,    5241 Spring Mountain RD,    Las Vegas,NV 89150-0002
10871081        Southwest Gas Corporation,    P.O. Box 1498 Attn: Bankruptcy Desk,    Victorville, CA 92393-1498
10864631        Sprint,    6480 Sprint Pkwy,    Overland,KS 66251
10864632       +Tittle Max,    4077 W. Charleston Blvd,    Las Vegas,NV 89102-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10864624       +E-mail/Text: _DLBankruptcyDept@nvenergy.com Sep 14 2019 02:54:51      NV Energy,
                 6226 W. Sahara Ave,    Las Vegas, NV 89146-3060
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10864629        Directs,   2203 E. Imperial Hwy ELIO
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              BRIAN D. SHAPIRO    brian@trusteeshapiro.com,
               assistant@trusteeshapiro.com;cathy@trusteeshapiro.com;nv22@ecfcbis.com
              U.S. TRUSTEE - LV - 7   USTPRegion17.LV.ECF@usdoj.gov
                                                                                              TOTAL: 2
```

NVB 1017−1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
PARNELL COLVIN, III

　　　　　　　Debtor(s)

BK−19−14597−mkn  
CHAPTER 7

NOTICE OF DISMISSAL;  
NOTICE THAT ALL PENDING HEARINGS  
ARE VACATED

On 9/12/19, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 9/12/19

*Mary A Schott* (signature)

Mary A. Schott  
Clerk of Court